No. 117. JOHN H. HALL, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the District of Oregon. January 6, 1913. Dismissed, on motion of *Mr. Solicitor General Bullitt* for the defendant in error, and cause remanded to the District Court of the United States for the District of Oregon. *Mr. John H. Hall* for the plaintiff in error. *The Attorney General* for the defendant in error.

No. 548. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* NORTHERN COMMERCIAL COMPANY. In error to the District Court of the United States for the Fourth Division, Territory of Alaska. January 6, 1913. Dismissed, on motion of *Mr. Solicitor General Bullitt* for the plaintiff in error. *The Attorney General* for the plaintiff in error. *Mr. Edward M. Cleary* and *Mr. John Sidney Webb* for the defendant in error.

No. 182. AUGUSTUS BURGDORF, SURVIVING TRUSTEE, ET AL., APPELLANTS, *v.* LEMUEL E. MAYHEW. Appeal from the Court of Appeals of the District of Columbia. January 6, 1913. Dismissed with costs, on motion of counsel for the appellant. *Mr. John Ridout* for the appellants. No appearance for the appellee.

